IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 17-70214-JAD |
| Daniel J. Shaffer and : | |
| Mandy L. Shaffer, : | Chapter 13 |
| Debtors : | |
| : | Related To Doc. No. 6 |
| Daniel J. Shaffer and : | |
| Mandy L. Shaffer, : | |
| Movants : | |
| vs. : | |
| No Respondents : | |

### ORDER

AND NOW, to wit this <u>3rd</u> day of <u>April,</u> 2017, the Court having considered the within Motion, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. Debtors shall be and hereby are afforded an extension of time until the end of the **10th** day of **April,** 2017, within which to file their schedules, statements and related information.

BY THE COURT:

Jeffery A. Deller,
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Daniel J. and Mandy L. Shaffer
Kenneth P. Seitz, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
4/3/17 7:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Daniel J Shaffer
Mandy L Shaffer
      Debtors

Case No. 17-70214-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: culy      Page 1 of 1      Date Rcvd: Apr 03, 2017
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
db/jdb         Daniel J Shaffer,    Mandy L Shaffer,    126 Pitcairn Avenue,    Dunlo, PA   15930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:
           Kenneth P. Seitz    on behalf of Debtor Daniel J Shaffer thedebterasers@aol.com
           Kenneth P. Seitz    on behalf of Joint Debtor Mandy L Shaffer thedebterasers@aol.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4