# intuit. ViewMyPaycheck

> Viewing of W-2 is temporarily unavailable. Please contact your employer to get a copy in the meantime.



Save As PDF

**PAY PERIOD:** Feb 19 - Mar 4, 2017

Mar 10, 2017

**$500.26**

Deposited into ▒▒▒▒▒▒  $500.26

**MEMO**

Direct Deposit

| EARNINGS | QTY @ RATE | CURRENT |
|---|---|---|
| Salary | 1:00 | $600.00 |
| **Total** | **1:00 Hours** | **$600.00** |

| TAXES & DEDUCTIONS | | CURRENT |
|---|---|---|
| TAXES | | |
| PA - Withholding | | ($18.42) |
| Social Security Employee | | ($37.20) |
| Medicare Employee | | ($8.70) |
| Federal Withholding | | ($27.00) |

# INTUIT. ViewMyPaycheck

> Viewing of W-2 is temporarily unavailable. Please contact your employer to get a copy in the meantime.

Save As PDF

**PAY PERIOD:** Feb 5 - Feb 18, 2017



Feb 24, 2017

$500.26

Deposited into ▉▉▉▉▉▉▉  $500.26

**MEMO**

Direct Deposit

| EARNINGS | QTY @ RATE | CURRENT |
|---|---|---|
| Salary | 1:00 | $600.00 |
| **Total** | **1:00 Hours** | **$600.00** |

| TAXES & DEDUCTIONS | | CURRENT |
|---|---|---|
| TAXES | | |
| PA - Withholding | | ($18.42) |
| Medicare Employee | | ($8.70) |
| Social Security Employee | | ($37.20) |
| Federal Withholding | | ($27.00) |
| PA - Unemployment | | ($0.42) |
| Medicare Employee Addl Tax | | $0.00 |
| Local | | ($6.00) |
| EMST - Occu | | ($2.00) |
| **Total** | | **($99.74)** |

NET PAY                                                $500.26

# intuit. ViewMyPaycheck

> Viewing of W-2 is temporarily unavailable. Please contact your employer to get a copy in the meantime.

Save As PDF

**PAY PERIOD:** Jan 22 - Feb 4, 2017



Feb 10, 2017

**$500.26**

Deposited into ███████ $500.26

**MEMO**

Direct Deposit

| EARNINGS | QTY @ RATE | CURRENT |
|---|---|---|
| Salary | 1:00 | $600.00 |
| **Total** | **1:00 Hours** | **$600.00** |

| TAXES & DEDUCTIONS | | CURRENT |
|---|---|---|
| TAXES | | |
| Social Security Employee | | ($37.20) |
| Local | | ($6.00) |
| EMST - Occu | | ($2.00) |
| Medicare Employee | | ($8.70) |
| PA - Unemployment | | ($0.42) |
| PA - Withholding | | ($18.42) |
| Federal Withholding | | ($27.00) |
| Medicare Employee Addl Tax | | $0.00 |
| **Total** | | **($99.74)** |

| NET PAY | | $500.26 |
|---|---|---|

# intuit. ViewMyPaycheck

> Viewing of W-2 is temporarily unavailable. Please contact your employer to get a copy in the meantime.



Save As PDF

**PAY PERIOD:** Jan 8 - Jan 21, 2017



Jan 27, 2017

$500.26

Deposited into ▮▮▮▮▮▮▮  $500.26

**MEMO**

Direct Deposit

| EARNINGS | QTY @ RATE | CURRENT |
|---|---|---|
| Salary | 1:00 | $600.00 |
| **Total** | **1:00 Hours** | **$600.00** |

| TAXES & DEDUCTIONS | CURRENT |
|---|---|
| TAXES | |
| PA - Unemployment | ($0.42) |
| Social Security Employee | ($37.20) |
| PA - Withholding | ($18.42) |
| Medicare Employee | ($8.70) |
| Federal Withholding | ($27.00) |
| EMST - Occu | ($2.00) |
| Medicare Employee Addl Tax | $0.00 |
| Local | ($6.00) |
| **Total** | **($99.74)** |

| NET PAY | $500.26 |
|---|---|

# Intuit. ViewMyPaycheck

Save As PDF

**PAY PERIOD**: Dec 25 - Jan 7, 2017



Jan 13, 2017

$500.26

Deposited into ▓▓▓▓▓▓▓▓  $500.26

**MEMO**

Direct Deposit

| EARNINGS | QTY @ RATE | CURRENT |
|---|---|---|
| Salary | 1:00 | $600.00 |
| Total | 1:00 Hours | $600.00 |

| TAXES & DEDUCTIONS | | CURRENT |
|---|---|---|
| TAXES | | |
| Medicare Employee Addl Tax | | $0.00 |
| PA - Unemployment | | ($0.42) |
| Social Security Employee | | ($37.20) |
| PA - Withholding | | ($18.42) |
| Medicare Employee | | ($8.70) |
| Federal Withholding | | ($27.00) |
| EMST - Occu | | ($2.00) |
| Local | | ($6.00) |
| Total | | ($99.74) |

NET PAY                                                      $500.26

▶YOUR INFORMATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Mandy L. Shaffer, | : Case No.: 17-70214-JAD |
| | : |
| Debtor | : Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF NO INCOME FROM ANY SOURCE IN THE LAST 90 DAYS

**AND NOW,** comes the Debtor, Mandy L. Shaffer, and affirms under oath that I have had no income from any source in the last ninety (90) days from the date of the filing of the Chapter 13 Bankruptcy Petition.

**RESPECTFULLY SIGNED,** this 5th day of April, 2017.

_____
Mandy L. Shaffer