# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | | |
|---|---|---|
| Debtor: | DANIEL J & MANDY L SHAFFER | |
| Case Number: | 17-70214-JAD | Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 05, 2017 03:00 PM   3251 US STEEL | |
| Hearing Officer: | CHAPTER 13 TRUSTEE | |

FILED
10/11/17 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#12 - Final Confirmation of Plan Dated 4/7/2017 (NFC)
R / M #: 12 / 0

**Appearances:**

Debtor: Seitz
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

**Proceedings:**

Outcome:

Counsel / debtor have no defense
Trustee consents

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ___✓___ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

No pmt since 4/17

9/29/2017   10:23:53 AM