**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daniel J Shaffer** | : | Case No. 17−70214−JAD |
| **Mandy L Shaffer** | : | Chapter: 13 |
| **fka Mandy Rayman** | : | |
| *Debtor(s)* | : | |
| | : | Issued Per Oct. 5, 2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

   *AND NOW,* this **11th day of October, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

                     Jeffery A. Deller
                     United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-70214-JAD
Daniel J Shaffer                                                    Chapter 13
Mandy L Shaffer
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: jhel              Page 1 of 1              Date Rcvd: Oct 11, 2017
                              Form ID: 309            Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db/jdb          Daniel J Shaffer,    Mandy L Shaffer,    126 Pitcairn Avenue,    Dunlo, PA   15930
14383112       +Conemaugh Emerg Phys Group,    P.O. Box 644553,    Pittsburgh, PA 15264-4553
14681134        Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14678099        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL   60197-5008
14383115       +Holiday Financial Services,    c/o Joe Landi, Branch Manager,    1451 Scalp Avenue,
                 Johnstown, PA 15904-3334
14383116       +Lovely Foot Associates, PC,    1454 Scalp Avenue,    Suite 1,    Johnstown, PA 15904-3321
14383117       +Specialized Loan Servicing, LLC,    8742 Lucent Boulevard, Suite 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14383113       +EDI: CCUSA.COM Oct 12 2017 01:38:00      Credit Collections USA,    256 Greenbag Rd Ste 1,
                 Morgantown, WV 26501-7158
14383114       +E-mail/Text: kcarter@creditmanagementcompany.com Oct 12 2017 01:44:35       Credit Management Co,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14681134        E-mail/Text: jennifer.chacon@spservicing.com Oct 12 2017 01:45:00
                 Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14679172        EDI: RESURGENT.COM Oct 12 2017 01:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Sears National Bank,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14637959       +EDI: AIS.COM Oct 12 2017 01:38:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14383118       +EDI: VERIZONEAST.COM Oct 12 2017 01:38:00      Verizon,    P.O. Box 15026,
                 Albany, NY 12212-5026
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH3, Asset-Backed
               Certificates, Series 2005-FFH3 bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Daniel J Shaffer thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Mandy L Shaffer thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```