**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DANIEL J SHAFFER
    MANDY L SHAFFER
            Debtor(s)

    Ronda J. Winnecour
            Movant
        vs.
    No Repondents.

Case No.:17-70214 JAD

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/17/2017 and confirmed on 06/07/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 555.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 555.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 109.92 | |
|    Trustee Fee | 25.53 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 135.45 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>   Acct: 3537 | 0.00 | 419.55 | 0.00 | 419.55 |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>   Acct: 3537 | 3,050.53 | 0.00 | 0.00 | 0.00 |
| | | | | 419.55 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL J SHAFFER<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ<br>   Acct: | 4,000.00 | 109.92 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-70214 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8501 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0697 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2272 | | | | |
| | HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0043 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 164.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 5174 | | | | |
| | AMERICAN INFOSOURCE LP - AGENT DIRE | 425.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 4164 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 617.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 2488 | | | | |
| | CONEMAUGH PHYSICIANS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOVELY FOOT ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                         419.55

TOTAL CLAIMED
PRIORITY         0.00
SECURED       3,050.53
UNSECURED    1.208.31

Date: 11/20/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com